✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT  DISTRICT OF  MASSACHUSETTS

MANEL MAUVAIS

V.

NATHALIE HERISSE

**EXHIBIT AND WITNESS LIST**

Case Number: 13-13032-GAO

| PRESIDING JUDGE O'TOOLE | PLAINTIFF'S ATTORNEY BARACH SALERNO | DEFENDANT'S ATTORNEY PASTEN, WARE, MOORE |
|---|---|---|
| TRIAL DATE (S) 1/28/14-1/28/14 | COURT REPORTER PATRISSO | COURTROOM DEPUTY LYNESS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Plaintiff's Witness-Vinie Mauvais-Sworn 1/28/14 |
| | | | | | Defendant's Witness-Nathalie Herisse-Sworn 1/28/14 |
| | J | | | | Government Rule |
| | K | | | | Affidavit |
| | G | | | | Declaration |
| | | | | | Defendant's Witness-Eli Newberger-Sworn 1/28/14 |
| | | | | | Defendant's Witness-Christina Herisse-Sworn 1/28/14 |
| | | | | | Plaintiff's Rebuttal Witness- Beverly Bernard-Sworn 1/28/14 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages