UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 13-13032-GAO

MANEL MAUVAIS,
Petitioner,

v.

NATHALIE HERISSE,
Respondent.

ORDER
July 8, 2014

O'TOOLE, D.J.

On April 15, 2014, after a bench trial and oral argument, the Court granted the petition for the return of the parties' children to Canada pursuant to the Hague Convention on the Civil Aspects of International Child Abduction ("Convention"), Oct. 25, 1980, T.I.A.S. No. 11,670, 1343 U.N.T.S. 89, and its implementing statute, the International Child Abduction Remedies Act ("ICARA"), 42 U.S.C. §§ 11601-11610. The respondent now moves for a new trial pursuant to Federal Rule of Civil Procedure 59(a), or in the alternative, for an amendment of the judgment pursuant to Rule 59(e). The respondent relies mostly on arguments that have been considered and rejected, but she also asserts that newly discovered evidence regarding RM's eligibility for health care in Canada warrants a new trial or an amended judgment.

After reviewing the parties' submissions, the Court declines to order a new trial or alter its Opinion and Order (dkt. no. 37) granting the petition. The new matter sought to be submitted would not alter the Court's prior findings of fact or rulings of law.

It is SO ORDERED.

/s/ George A. O'Toole, Jr.
United States District Judge